# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| | : |
| UNITED STATES OF AMERICA | :     No.: 18-cr-59-01 (RJL) |
| | : |
| v. | : |
| | : |
| DARNELL CATLETT, | : |
| | : |
| Defendant. | : |
| | : |

## GOVERNMENT'S INFORMATION AS TO PRIOR FELONY DRUG CONVICTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice, pursuant to 21 U.S.C. § 851, of the Defendant's prior felony drug conviction. This prior felony drug conviction enhances the statutory penalties of 21 U.S.C. §§ 841(b), 846:

| Conviction | Jurisdiction/Date |
|---|---|
| Distribution of Cocaine | U.S. District Court for the District of Columbia, 92-cr-366 (TAF) October 15, 1993 |

The Government reserves its right to supplement this § 851 notice at any time prior to trial or entry of a guilty plea.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:     _____/s/_____
CHRISTOPHER MACCHIAROLI
D.C. Bar No. 491825
KEVIN L. ROSENBERG
Ohio Bar No. 0081448
555 4th Street, N.W.,
Washington, D.C. 20001
(202) 252-7825
Christopher.Macchiaroli@usdoj.gov
Kevin.Rosenberg@usdoj.gov